AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241



# UNITED STATES DISTRICT COURT

for the

NOV 15 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY CLERK

ALFONSO A. BALDARRAMA
Petitioner

v.

TEXAS BOARD OF PARDONS AND PAROLE
MEGAN GUNTER,
Respondent
(name of warden or authorized person having custody of petitioner)

Case No. SA21CA1142FB
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: ALFONSO ARREDONDO BALDARRAMA
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: BEXAR COUNTY ADULT DETENTION CENTER
   (b) Address: 200 N COMAL, SAN ANTONIO TEXAS 78207
   (c) Your identification number: # 557809
3. Are you currently being held on orders by:
   ☐ Federal authorities ☑ State authorities ☐ Other - explain:
   PAROLE HOLD
4. Are you currently:
   ☑ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you:
   (b) Docket number of criminal case:
   (c) Date of sentencing:
   ☐ Being held on an immigration charge
   ☐ Other (explain):

**Decision or Action You Are Challenging**

5. What are you challenging in this petition:

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☑ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other *(explain)*: ___

6. Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: ___

(b) Docket number, case number, or opinion number: ___

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: ___

(d) Date of the decision or action: ___

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☑ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: TEXAS BOARD OF PARDONS AND PAROLES MEGHAN GUNTER, 2821 GUADALUPE S.A.TX 78207

(2) Date of filing: ___

(3) Docket number, case number, or opinion number: #12807102

(4) Result: I'VE WRITTEN SEVERAL LETTERS NOTHING HAS HAPPEND

(5) Date of result: 8/10/2020

(6) Issues raised: THAT I NEEDED TO GET MY BLUE WARRANT LIFTED SO I COULD BOND OUT ON CAUSE NO 2020 CR 9600 SO I COULD FIGHT MY CASE AND PROPERLY DEFEND MYSELF AND GATHER EVIDENCE FOR DEFENCE

(b) If you answered "No," explain why you did not appeal:

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes ☑ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes ☐ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☑ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: ______

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes ☑ No

If "Yes," provide:

(a) Date you were taken into immigration custody: ______

(b) Date of the removal or reinstatement order: ______

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes ☐ No

If "Yes," provide:

(1) Date of filing: ______

(2) Case number: ______

(3) Result: ______

(4) Date of result: ______

(5) Issues raised: ______

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes ☐ No

If "Yes," provide:

(1) Name of court: ______

(2) Date of filing: ______

(3) Case number: ______

(4) Result:

(5) Date of result:

(6) Issues raised:

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes ☒ No

If "Yes," provide:

(a) Kind of petition, motion, or application:

(b) Name of the authority, agency, or court:

(c) Date of filing:

(d) Docket number, case number, or opinion number:

(e) Result:

(f) Date of result:

(g) Issues raised:

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** I'M BEING HELD AGAINST MY LIBERTY AND CAN NOT POST BOND TO FIGHT MY ~~CASE~~ NEW CASE IN A COURT TRIAL SETTING BEFOR THE JUDGE DUE TO A BLUE WARRANT FROM PAROLE

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I'VE BEEN IN THE CUSTODY OF BEXAR COUNTY JAIL SINCE THE 21st DAY OF JULY 2020 I'VE BEEN RWOB ON A PAROLE HOLD, AND CANNOT BOND OUT ON CAUSE NO. 2020-CR-9600 BEXAR CRIMINAL CASE IN THE CRIMINAL DISTRICT COURT ROOM 379th HONORABLE JUDGE RON RANGEL

(b) Did you present Ground One in all appeals that were available to you?

☐ Yes ☒ No

**GROUND TWO:** AS A PRETRIAL DETAINEE IT IS MY RIGHT TO BE ABLE TO HAVE AN AFFORDABLE BOND SO THAT I CAN BOND OUT AND GATHER EVIDENCE TO BE ABLE TO DEFEND MYSELF IN A COURT TRIAL

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I CANNOT BOND OUT DUE TO A PAROLE HOLD FROM THE STATE OF TEXAS DEPARTMENT OF PARDONS AND PAROLE

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes ☐ No

**GROUND THREE:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes ☐ No

**GROUND FOUR:** ______

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: I WOULD LIKE FOR MY TDCJ PAROLE HOLD BE LIFTED SO I CAN BOND OUT ON CAUSE NO. 2020CR9600. MY TDCJ # IS 2154507 MY PAROLE OFFICER IS MEGHAN GUNTHER SHE IS LOCATED AT 2821 GUADALUPE SAN ANTONIO, TEXAS, 78207

**Declaration Under Penalty Of Perjury**

If you are incarcerated, on what date did you place this petition in the prison mail system:
11/10/21

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 11/10/21

[signature] ALFONSO A BALDARRAMA
*Signature of Petitioner* Pro SE.

_______________________________
*Signature of Attorney or other authorized person, if any*