UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ALFONSO A. BALDARRAMA, #557809, ) <br> ) <br> Petitioner, ) <br> ) <br> V. ) <br> ) <br> MEGHAN GUNTER, Texas Board of ) <br> Pardons and Paroles, ) <br> ) <br> Respondent. ) | CIVIL ACTION NO. SA-21-CV-1142-FB |

## JUDGMENT

On this day, the Court issued an Order dismissing Petitioner Alfonso A. Baldarrama's Writ of Habeas Corpus Under 28 U.S.C. § 2241 for failure to prosecute and failure to comply with the Court's Order. *See* FED. R. CIV. P. 41(b).

IT IS THEREFORE ORDERED, ADJUDGED and DECREED the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and failure to comply with the Court's Order. *See* FED. R. CIV. P. 41(b).

IT IS FURTHER ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 26th day of January, 2022.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE